No. 4,523.—GEO. NELSON ET AL., RESPONDENTS, *v.* MONIDAH TRUST, APPELLANT.

*Appeal from District Court, Silver Bow County; Edwin M. Lamb, Judge.*

Decided September 13, 1921.

PER CURIAM.—Pursuant to stipulation of the parties herein, the appeal is dismissed, each party to pay his own costs.

*Mr. James E. Murray* and *Mr. J. F. Emigh,* for Appellant.

*Mr. J. A. Poore,* for Respondents.